**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10438 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00469-GMS |
| v. | |
| ENRIQUE LOPEZ-RUELAS, a.k.a. Francisco R. Cuevas, a.k.a. Enrique Ruelas Lopez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Enrique Lopez-Ruelas appeals from his guilty-plea conviction and 63-month

sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326.  Pursuant

to *Anders v. California*, 386 U.S. 738 (1967), Lopez-Ruelas's counsel has filed a

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez-Ruelas with the opportunity to file a pro se supplemental brief. He did not file a supplemental brief, but he did file a motion for appointment of new counsel.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**, and Lopez-Ruelas's motion for appointment of new counsel is **DENIED.**

**DISMISSED.**